UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DOMINGUEZ, *as an individual and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, *a Colorado corporation*, *et al.*,<br><br>Defendants. | Case No.  1:22-cv-01431-ADA-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 12). |

Based on the parties' stipulation (ECF No. 12), IT IS ORDERED that the scheduling conference currently set for March 7, 2023, is CONTINUED to May 31, 2023, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint scheduling report one full week prior to the conference.

IT IS SO ORDERED.

Dated: **February 28, 2023**              /s/ *Erica P. Grosjean*
                                                            UNITED STATES MAGISTRATE JUDGE

1