Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
kagnew@diversitylaw.com
nrosenthal@diversitylaw.com

William L. Marder (State Bar No. 170131)
bill@polarislawgroup.com
Polaris Law Group
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214
(831) 634-0333 facsimile

Attorneys for Plaintiff and the Aggrieved Employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DOMINGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:22−CV−01431−ADA-EPG<br><br>ORDER RE: JOINT STIPULATION TO STAY ACTION<br><br>(ECF No. 16). |

WHEREAS, Plaintiff Christopher Dominguez ("Plaintiff") and Defendant Leprino Foods Company ("Defendant"), by and through their respective attorneys of record, have met and conferred regarding the following issues and hereby jointly stipulate as follows:

1

WHEREAS, on June 28, 2022, Plaintiff commenced a wage and hour class action against Defendant, entitled *Christopher Dominguez v. Leprino Foods Company*, in the Superior Court of California for the County of Kings, Case No. 22C-0234 (the "Class Action");

WHEREAS, on August 12, 2022, Defendant filed a notice of removal, thereby effectuating removal of the Class Action to this Court (E.D. Cal. Case No. 1:22-cv-01018-ADA-EPG);

WHEREAS, on August 25, 2022, Plaintiff commenced a separate representative PAGA action against Defendant, entitled *Christopher Dominguez v. Leprino Foods Company*, in the Superior Court of California for the County of Kings, Case No. 22C-0317 (the "PAGA Action");

WHEREAS, on November 4, 2022, Defendant filed a Notice of Removal, thereby effectuating removal of the PAGA Action to this Court (E.D. Cal. Case No. 1:22−CV−01431-ADA-EPG);

WHEREAS, on November 30, 2022, Defendant filed a Motion to Consolidate the Class Action with the PAGA Action;

WHEREAS, on December 5, 2022, Plaintiff filed a Motion to Remand the PAGA Action to the Superior Court for the County of Kings;

WHEREAS, briefing on Defendant's Motion to Consolidate and Plaintiff's Motion to Remand (collectively, the "Motions") is complete and both Motions will be decided on the papers without hearing;

WHEREAS, the Parties are in agreement that the PAGA Action should be stayed pending a ruling on the Motions;

WHEREAS, a Scheduling Conference is currently scheduled to take place on May 31, 2023, at 10:30 A.M.; and

WHEREAS, good cause exists for a stay of the PAGA Action. In weighing considerations of judicial economy, the Parties believe a stay of the PAGA Action would be advantageous because a ruling on either Defendant's Motion to Consolidate or Plaintiff's Motion to Remand may obviate the need for a Rule 26(f) conference and report.

THEREFOR, the Parties jointly stipulate and request from the Court as follows:

(1) That the Court stay the PAGA Action pending a ruling on

Defendant's Motion to Consolidate or Plaintiff's Motion to Remand;

    (2)    That within ten calendar days of a ruling on either motion, the parties shall file a Joint Statement advising the Court of the ruling; and

    (3)    That the Scheduling Conference, currently set for May 31, 2023, shall be vacated and continued to a later date to be set by the Court.

IT IS SO STIPULATED.

DATED: May 26, 2023                          DIVERSITY LAW GROUP, P.C.

                                            By:   /s/ Kristen M. Agnew
                                                   Larry W. Lee
                                                   Kristen M. Agnew
                                                   Nicholas Rosenthal
                                           Attorneys for Plaintiff and the Class

DATED: May 26, 2023                          HANSON BRIDGETT LLP

                                            By:   /s/ Sandra L. Rappaport
                                                   Sandra L. Rappaport
                                                   Lisa M. Pooley
                                                   Rachel J. Vinson
                                           Attorneys for Defendant

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

Based on the parties' stipulation (ECF No. 16), IT IS ORDERED that:

1. This action is STAYED pending a ruling on Defendant's Motion to Consolidate or Plaintiff's Motion to Remand;
2. Within ten calendar days of a ruling on either Defendant's Motion to Consolidate or Plaintiff's Motion to Remand, the parties are directed to file a joint statement advising the Court of the ruling; and
3. The scheduling conference, currently set for May 31, 2023, is VACATED, and will be reset, if necessary, by the Court.

IT IS SO ORDERED.

Dated:   **May 30, 2023**                    /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE